ORIGINAL

United States District Court
Eastern District of New York
-------------------------------
Zev Yourman,
    Plaintiff
  -against-

Alan Maisel, Alan Maisel as former Assemblyman,
Frank Seddio, Kings County Democratic Committee,
~~Frank Seddio Chairman Kings~~
County Democratic Committee,
Thomas Jefferson Democratic Club,
        Defendants
-------------------------------x

SECOND AMENDED COMPLAINT
JURY TRIAL DEMANDED
CV14 1551
CBA, MDG


RECEIVED JUN 03 2014 PRO SE OFFICE

I. Parties:

Plaintiff : Zev Yourman, addressed at Zev Yourman c/o Joseph Persky 880 Bergen Avenue, Jersey, New Jersey 07306. Plaintiff is prosecuting this action PRO SE.

Defendant: **Alan Maisel,** addressed at 2424 Ralph Avenue, Brooklyn, NY 11234

Defendant: Frank Seddio, addressed at 9306 Flatlands Avenue Brooklyn, NY 11236

Defendant: Kings County Democratic Committee, addressed at 16 Court Street Suite 1207, Brooklyn, NY 11241

Defendant: Thomas Jefferson Democratic Club, addressed at 77 Conklin Avenue, Brooklyn, NY 11236

II.     The jurisdiction of the Court is invoked pursuant to 28 U.S.C.§1331, 28 U.S.C.§ 1343, 42 U.S.C.§1983, 28 U.S.C.§ 1367, first and fourteenth amendments to the Constitution

III.    Statement of Claim:

1.) On Sunday March 10, 2013 on the sidewalk on the corner of East 17th Street and Quentin Road in Brooklyn New York this plaintiff attended a public gathering. The initiating event in this complaint occured at this public street gathering.

2.) The defendant Alan Maisel who was an assemblyman at that time also attended the above stated public gathering. Maisel announced to the crowd that he was attending as a representative of Frank Seddio, and of the Kings County Democratic Committee, both defendants in this case.

3.) This plaintiff delivered a speech at the above mentioned gathering as protected under the first and fourteenth amendments to the Constitution.

4.) While this plaintiff was speaking, Maisel invoked his position as assemblyman and made complaint to five members of the NYPD concerning this plaintiff and falsely stated that this plaintiff is "very abusive", is "very, very disturbed" is "disturbed".

5.) The word "disturbed" in police jargon refers to an emotionally disturbed person, the context reflects that.

page 2

Emotionally Disturbed Person EDP is a detainable category.

6.) The words stated by Maisel to the NYPD were stated under color of law. The words against this plaintiff were false, defamatory and designed to interefere with and did interefere with this plaintiff's constitutional rights to freedom of speech and due process, and resulted in detention of this plaintiff by NYPD.

7.) At same event as mentioned in #1.), Maisel spoke the words as stated in #4.) to a crowd of over two hundred persons, and to multiple broadcasting networks foreign and domestic, concerning this plaintiff.

8.) The words as stated above were false, defamatory and slanderous. Maisel spoke these words with the motive of starting a violent riot against this plaintiff in order to subject this plaintiff to extra judicial punishment, in order to deny this plaintiff constitution guaranteed rights to freedom of speech and due process.

9.) At same event as described in #1.) defendant Maisel engaged in and encouraged and incited others to engage in unwanted touching, groping, grabbing, poking, feeling, hitting, slapping, kicking, punching, of this plaintiff, in order to subject this plaintiff to extra judicial punishment, in order to deny this plaintiff constitution guaranteed rights to freedom of speech and due process.

page 3

10.) Defendant Maisel, stated, within a short time after the event described in #1.) upon knowledge and belief within forty eight hours to one week after the event, concerning this plaintiff the false, defamatory, words as stated in #4. to Frank Seddio the chairman of the Kings County Democratic Committee. Maisel also added the words "<u>crazy man</u>", "<u>he hates Russian people</u>"., "<u>he's not rational</u>", and other false defamatory words concerning this plaintiff and known to the defendants in his statements to Seddio.

11.) Defendant Maisel then continued to state the false defamatory words concerning this plaintiff to John Does one through fifty and Jane Does one through fifty and witnesses known to him.

12.) On or about July 29, 2013 while sitting in his constituents services office located at 2424 Ralph Avenue, Brooklyn, New York, and while working in his capacity as assemblyman, defendant Maisel stated the words stated in #10.) which were false, defamatory and concerning this plaintiff, to constituent(s) and to his office staff. Thus falling under the purview of acting under color of law.

13.) The words "<u>he hates Russian people</u>" pose a clear and present danger to the life and safety of this plaintiff as he resides in a Russian neighborhood.

page 4

14.) Upon knowledge and belief, Frank Seddio stated the same defamatory false words referring to this plaintiff as originally stated by defendant Maisel in #4.) and #10.) to John Does one through fifty and Jane Does one through fifty and witnesses known to him.

15.) Defendant Seddio bears liability for Defendant Maisel's actions against this plaintiff on March 10, 2013 as Maisel publicly represented Seddio and his interests at the event (see #2.).

16.) Defendant Kings County Democratic Committee bears liability for Maisel's action against this plaintiff on March 10, 2013 as Maisel publicly represented the Committee and its' interests at the event (see #2).).Also many of the actions committed by Maisel and Seddio against this plaintiff were committed under the purview of the Kings County Democratic Committee. Seddio is Chairman of Committee.

16 a.) Thomas Jefferson Democratic Club bears liability as many of the actions committed against plaintiff by Maisel and Seddio were originated , planned on premises and under purview of Club. Thomas Jefferson Democratic Club serves as de facto Kings County Democratic Committee Headquarters. Seddio is de facto head of Club and holds "court" there weekly. 16 a. is upon knowledge and belief.

17.) In New York the above stated actions against this plaintiff would fall under the purview of the following causes of action: Defamation per se, assault, battery, emotional distress, respondents superior, vicarious liability and it is requested that this be taken under consideration under Supplemental Jurisdiction 28 U.S.C. § 1367.

18.) By the acts described above, defendant(s) have violated and continue to violate the rights of plaintiff protected by the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

page 5

19.) Upon knowlege and belief defendants in continuation of the actions as commenced against this plaintiff on March 10, 2013 and in continuing campaign to harm this plaintiff did interfere with a Kings county supreme court case held on April 3, 2013 in front of Hon. Yvonne Lewis causing judge to dismiss this plaintiff's complaint filed in 2007 along with approximately fifteen accompanying motions. Judge Lewis gave no reason for this drastic action.

20.) At the community board 18 meeting of June 2013 this plaintiff was belly slammed, pushed to the ground and denied entrance by a middle aged African American male who claimed he was the "enforcer" for the T.J. club and that I was "persona non grata" in this town. Upon knowlege and belief his name was Henry Bulis Upon knowlege and belief this was a continuation of actions as commenced against this plaintiff on March 10, 2013.

21.) At the community board 15 meeting of June 2013 held at Kings Borough community college a young woman with a Russian accent upon knowlege and belief in the employ of Councilman Lou Fiddler or Alan Maisel, blocked the door to the meeting with her body in a cross figure preventing this plaintiff from entering while yelling at this plaintiff "you hate Russians you're not going in there". Plaintiff had never met this woman previous. Upon knowlege and belief this was a continuance of

PAGE 6

defendant(s)' actions against this plaintiff.

22.) Approximately one week prior to the court hearing on April 3, 2013, a female believed to be an assistant to Judge Lewis informed this Plaintiff that he 'couldn't expect to be welcome in this courthouse after the stunt you pulled' Upon knowlege and belief this incident was a result of defendants' campaign against this plaintiff.

23.) During the hearing of April 3, 2013 that case defendant who is closely affiliated to the defendants in the instant case and was closely affiliated with former chairman of Kings County Democratic Committee Vito Lopez, warned Judge Lewis that she better tow the party line with reference to this plaintiff, by reminding the Judge about the incident of March 10, 2013 which had absolutely no relevance to that case. Upon knowlege and belief this incident was a result of defendant(s)' campaign against this plaintiff.

24.) It is important to note that Judges in Kings County are totally beholden to the Democratic party machine for their careers.

25.) On various occasions since March 10, 2013, this Plaintiff has been threatened, physically accosted and verbally abused in the Brighton Beach, Sheepshead Bay area, where he resides in a manner which point to an organized effort originating from a central

page 7

source and directly related to the incident of March 10, 2013. Upon knowlege and belief these incidents were as a result of defendants' campaign against this plaintiff.

26.) Paragraphs 15., 16., 17., and 18. also apply to paragraphs 19. through 25.

27.) Plaintiff has suffered and will continue to suffer pain, suffering, consternation, and emotional distress over the deprivation of constitutionally protected rights, and of the continued threat to plaintiffs life and safety as a result of defendant(s) acts against plaintiff as described above.

28.) Defendant(s) actions have caused and will continue to cause the plaintiff great, immediate and irreparable harm.

IV. Remedy : and

Prayer:

Plaintiff requests Judgement against defendant(s):

A. Damages in the sum of not less than six million dollars.

B. Punitive damages in the sum of not less than six million dollars.

C. For costs and fees.

D. All other relief that is just and right.

Zev Yourman, deposes and says: I am the Plaintiff in the above entitled action, and do hereby allege upon knowledge as to all matters within my personal knowledge and upon information and belief as to all other matters in the above complaint.

Zev Yourman - Plaintiff Pro Se

*[signature]*

6/3/2014